IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
----------------------------------------  x
IN RE: ASBESTOS PRODUCTS                  :
LIABILITY LITIGATION (NO. VI)             :     CIVIL ACTION NO. MDL 875
----------------------------------------  x
This Document Relates To:                 :
----------------------------------------  x
                                          :
BENJAMIN MATLOCK,                         :
                                          :
                     Plaintiff,           :
                                          :     Transferee E.D. Pa.
v.                                        :     Case No. 08-CV-90099
                                          :
A.C. and S., INC., et al.,                :
                                          :     Transferor N.D. Ill.
                     Defendants.          :     Case No. 00-CV-02854
                                          :
----------------------------------------  x
```

FILED
JUN 2 7 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this **27th** day of June 2012, upon Plaintiff's and Defendant Owens-Illinois, Inc.'s Stipulation of Dismissal, it is hereby **ORDERED** that Defendant Owens-Illinois, Inc. is dismissed without prejudice each party to bear its own costs.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

CH2\11461189.1